**No. 50297.**—Protest 107412–K of Mrs. Helen H. Rasmussen (Laredo). .

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff. Government counsel moved to dismiss the protest on the ground that it was untimely. An examination of the record showed that the protest was filed prior to liquidation. The motion to dismiss under section 514, Tariff Act of 1930, was therefore granted.

**No. 50298.**—Protest 975649–G of Mrs. Bice Nannelli (Los Angeles).

Opinion by CLINE, J. When the case was called for trial plaintiff's counsel stated that he had repeatedly tried to find the importer but had been unable to locate her. At the Government's request the case was ordered submitted. An examination of the record failed to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision. The protest was therefore overruled.

**No. 50299.**—Protests 49376–K, etc., of American Cyanamid & Chemical Corp. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.